FILED
CHARLOTTE, NC
MAR 18 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-cr-48-KDB

UNITED STATES OF AMERICA )
)
v. )
)
SANTO ANTONIO BARRADAS-LEON, a/k/a )
SANTOS ANTONIO LEON-BARREDAS )
)

**BILL OF INDICTMENT**

Violation: 8 U.S.C. §§ 1326(a) and (b)(2)

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 10, 2025, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**SANTO ANTONIO BARRADAS-LEON, a/k/a
SANTOS ANTONIO LEON-BARREDAS**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of an aggravated felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY